IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MAZEAD WAKAS,

     Petitioner,

  v.

Case No. 5D23-1974
LT Case No. 2022-CF-002524-A

STATE OF FLORIDA AND LAURA E.
BEDARD, CHIEF OF SEMINOLE COUNTY
CORRECTIONS,

     Respondents.

_____/

Decision filed June 20, 2023

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Michelle Yard, of Joshi Law Firm, P.A.,
Orlando, for Petitioner.

No Appearance for Respondents.


PER CURIAM.

    DENIED.

MAKAR, JAY and MACIVER, JJ., concur.